AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §1324(a)(1)(A)(v)(I)and (B)(i) - Conspiracy to Harbor an Illegal Alien;
18 U.S.C. § 982(a)(6) – Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
10 years imprisonment, $250,000 fine; up to 3 years supervised release; $100 special assessment and forfeiture.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

FANG PING DING

DISTRICT COURT NUMBER

CR09-00573 SBA

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4:09-70487 WDB

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW S. HUANG, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

FILED

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8U.S.C. §1324(a)(1)(A)(v)(I)and (B)(i) - Conspiracy to Harbor an Illegal Alien; 18 U.S.C. § 982(a)(6) – Forfeiture

☐ Petty ☐ Minor ☐ Misdemeanor ☑ Felony

PENALTY:

10 years imprisonment, $250,000 fine; up to 3 years supervised release; $100 special assessment and forfeiture.

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 4:09-70487 WDB

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW S. HUANG, AUSA

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

JUN 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

WEI WEI LIANG (aka XIAN HUI LIANG; WEI WEI SHEN)

DISTRICT COURT NUMBER

CR09-00573 SBA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8U.S.C. §1324(a)(1)(A)(v)(I)and (B)(i) - Conspiracy to Harbor an Illegal Alien; 18 U.S.C. § 982(a)(6) – Forfeiture

☐ Petty ☐ Minor ☐ Misde-meanor ☑ Felony

PENALTY:

10 years imprisonment, $250,000 fine; up to 3 years supervised release; $100 special assessment and forfeiture.

E-filing

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

BO SHEN

DISTRICT COURT NUMBER

CR09-00573 SBA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 4:09-70487 WDB

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW S. HUANG, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
JUN 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR09-00573 SBA

E-filing

UNITED STATES OF AMERICA,

V.

FILED
JUN - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FANG PING DING,
WEI WEI LIANG (a/k/a Xian Hui Liang and
Wei Wei Shen), and
BO SHEN,

DEFENDANT(S).

## INDICTMENT

8 U.S.C. § 1324(a)(1)(A)(iii), (v)(I), and (B)(i) – Conspiracy to Harbor an Illegal Alien; 18 U.S.C. § 982(a)(6) – Forfeiture

A true bill,

Foreman

Filed in open court this 3RD day of
JUNE 2009.

Clerk

Bail, $ No bail warrant only for Bo Shen.

Wayne D. Brazil 6-3-09

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
JUN - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANG PING DING,<br>WEI WEI LIANG (a/k/a Xian Hui Liang and Wei Wei Shen), and<br>BO SHEN,<br><br>Defendants. | No. CR09-00573 SBA<br><br>VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(iii), (v)(I), and (B)(i) – Conspiracy to Harbor an Illegal Alien; 18 U.S.C. § 982(a)(6) – Forfeiture<br><br>OAKLAND VENUE |

**INDICTMENT**

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times pertinent to this Indictment:

1. The defendants, FANG PING DING, WEI WEI LIANG (a/k/a Xian Hui Liang and Wei Wei Shen), and BO SHEN, were all originally nationals of the People's Republic of China before immigrating to the United States. Defendants LIANG and SHEN naturalized as United States citizens before the conspiracy period and defendant DING naturalized during the conspiracy period.

2. Defendant DING is defendant LIANG's mother and defendant SHEN's mother-in-law. Defendants LIANG and SHEN are each other's wife and husband, respectively.

3. The victim, an individual with initials GXK, whose identity is known to the grand jury, was a citizen of the People's Republic of China, who was admitted into the United States on April 7, 2008 on a B1/B2 visitor's visa and whose period of admission expired on October 6, 2008. GXK had no prior relationship with any of the defendants prior to the conspiracy period.

<u>COUNT ONE:</u> (8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(I), and (B)(i) – Conspiracy to Harbor an Illegal Alien)

4. Paragraphs 1 through 3, above, are hereby incorporated by reference.

5. Beginning some time unknown to the Grand Jury, but at least by in or about December 2007, and continuing until on or about April 18, 2009, in the Northern District of California and elsewhere, the defendants,

FANG PING DING,
WEI WEI LIANG (a/k/a Xian Hui Liang and Wei Wei Shen), and
BO SHEN,

did knowingly conspire with each other and other persons, to commit an offense against the United States, specifically, to conceal, harbor, and shield from detection, and attempt to conceal, harbor, and shield from detection, an alien, namely, victim GXK, in any place, including any building and any means of transportation, knowing and in reckless disregard of the fact that victim GXK, had come to, entered, and remained in the United States in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

6. It was part of the conspiracy that defendants DING, LIANG, and SHEN recruited victim GXK in the People's Republic of China and assisted her to come to Fremont, California in Northern District of California to work for the defendants as their live-in domestic servant.

7. It was further part of the conspiracy that defendants DING, LIANG, and SHEN, knowing that victim GXK had obtained a B1/B2 visitor's visa and entered the United States

under false pretenses, housed GXK in their home in Fremont, California and obtain her labor and services as their live-in domestic servant.

8. It was further part of the conspiracy that defendants DING, LIANG, and SHEN, knowing that victim GXK's authorized period of admission to the United States expired on or about October 6, 2008, continued to house her in Fremont, California and obtain her labor and services as their live-in domestic servant.

OVERT ACTS

9. As part of the conspiracy, to further the objects thereof, one or more of the defendants (DING, LIANG, and SHEN), did the following:

a. Met with victim GXK in the People's Republic of China in or about December 2007 to persuade her to come to the United States to work for defendants DING, LIANG, and SHEN, as a domestic servant.

b. Between in or about December 2007 and March 2008, directed, assisted and advised victim GXK on procuring a B1/B2 visitor's visa for entry into the United States.

c. Through a written agreement dated on or about March 11, 2008, contracted with victim GXK for GXK to go to the defendants' house and engage in household domestic work.

d. Traveled via commercial airplane with victim GXK to the United States from the People's Republic of China, arriving at San Francisco International Airport on or about April 7, 2008.

e. Transported victim GXK from San Francisco International Airport to the defendants' home in Fremont, California on or about April 7, 2008.

f. Housed victim GXK at the defendants' home in Fremont, California, from in or about April 7, 2008 to in or about April 18, 2009.

g. On numerous instances, including in or about April 2008, instructed victim GXK not to leave the premises of their home in Fremont, California, for the stated reason of avoiding detection by police.

h. In or about July 2008, advised victim GXK that her visa had expired, that she should not leave the premises because she was now illegally in the United States and the police would arrest her.

i. On or about April 18, 2009, failing to truthfully answer the Fremont Police Department's inquiry as to how the defendants knew victim GXK.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), (v)(I) and (B)(i).

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(6) – Criminal Forfeiture)

Upon conviction of the offense alleged in this Indictment, the defendants,

FANG PING DING,
WEI WEI LIANG (a/k/a Xian Hui Liang and Wei Wei Shen), and
BO SHEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), any property, real and personal, that (1) constitutes, and is derived from and is traceable to the proceeds obtained directly and indirectly from the commission of the offense of which the person is convicted; and (2) was used to facilitate, and was intended to be used to facilitate, the commission of the offense of which the person is convicted, including but not limited to the following:

a. Alameda County parcel number 519-1654-76, tracer number 37348200, located in Fremont, California.

DATED: 6-3-09

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

Stephen G. Corrigan
Acting Chief, Oakland Branch

(Approved as to form: AUSA HUANG)