```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CSBN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:     (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:    Andrew.Huang@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00573 SBA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER TO EXONERATE |
| ) | APPEARANCE BONDS AND RELEASE |
| v. ) | DEEDS OF TRUST |
| ) | |
| FANG PING DING, ) | |
| WEI WEI LIANG, ) | |
|    a/k/a Xian Hui Liang and ) | |
|    Wei Wei Shen, and ) | |
| BO SHEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated in the government's Motion to Exonerate Appearance Bonds and Release Deeds of Trust and good cause appearing, IT IS HEREBY ORDERED:

(1) Any and all appearance bonds for defendants Fang Ping Ding, Wei Wei Liang, and Bo Shen are RELEASED; and

(2) The Clerk of the Court SHALL RELEASE all deeds of trust securing said appearance bonds, including the following deeds, and file all necessary paperwork releasing said deeds with the respective county recorders for the Counties of

Alameda and San Joaquin, and any other county where said deeds may be recorded:

    (a)    For **6032 FRED RUSSO DRIVE, STOCKTON, CA 95212**:

        (i)    **Instrument No. 2010-001389**: Deed of Trust to Secure an Indebtedness of $600,000.00, dated January 6, 2010, Recorded January 7, 2010.
Trustor: Fang Ping Ding, Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court
Case No.: CR 09-70487 SBA

        (ii)    **Instrument No. 2010-001390**: Deed of Trust to Secure an Indebtedness of $250,000.00, dated July 11, 2009, Recorded January 7, 2010.
Trustor: Fang Ping Ding, Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court
Case No.: CR 09-70487 SBA

        (iii)    **Instrument No. 2010-001391**: Deed of Trust to Secure an Indebtedness of $250,000.00, Dated July 11, 2009, Recorded January 7, 2010.
Trustor: Fang Ping Ding, Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court
Case No.: CR 09-70487 SBA

    (b)    For **39029 GUARDINO DRIVE #122, FREMONT, CA 94538**:

        (i)    **Instrument No. 2009-231476**: Bail Bond Deed of Trust to Secure an Indebtedness of $250,000.00, Dated July 11, 2009, Recorded July 21, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

        (ii)    **Instrument No. 2009-224007**: Bail Bond Deed of Trust to Secure an Indebtedness of $250,000.00, Dated July 11, 2009, Recorded July 14, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

        (iii)    **Instrument No. 2009-257019**: Bail Bond Deed of Trust to Secure an Indebtedness of $600,000.00, Dated August 10, 2009, Recorded August 11, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

///

(c)     For **1724 VANCOUVER GREEN, FREMONT, CA 94536**:

     (i)    **Instrument No. 2009-224008**: Bail Bond Deed of Trust to Secure an Indebtedness of $250,000.00, Dated July 11, 2009, Recorded July 14, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

     (ii)    **Instrument No. 2009-231477**: Bail Bond Deed of Trust to Secure an Indebtedness of $250,000.00, Dated July 11, 2009, Recorded July 21, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

     (iii)    **Instrument No. 2009-257018**: Bail Bond Deed of Trust to Secure an Indebtedness of $600,000.00, Dated August 10, 2009, Recorded August 11, 2009.
Trustor: Fang Ping Ding and Wei Wei Liang and Bo Shen
Trustee: Richard Weiking, Clerk, United States District Court
Beneficiary: Richard Weiking, Clerk, United States District Court

11/16/12
Date

Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge
Northern District of California